# United States Court of Appeals for the Fifth Circuit

No. 24-10297

United States Court of Appeals
Fifth Circuit
**FILED**
October 11, 2024
Lyle W. Cayce
Clerk

Sharon Couch; Dickey Couch,

*Plaintiffs—Appellants,*

versus

The Bank of New York Mellon, *formerly known as* The Bank of New York *as successor in interest to* JPMorgan Chase Bank, N.A. *as Trustee for* Novastar Mortgage Funding Trust, Series 2005-4, Novastar Home Equity Loan Asset-Backed Certificates, Series 2005-4, *as Trustee for* JPMorgan Chase Bank, N.A.,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-85

_____

Before King, Southwick, and Engelhardt, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.